UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESPINOZA, ) | Case No. CV 11-6143 SVW(JC) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| WASCO STATE PRISON, et al., ) | |
| Respondents. ) | |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED:   April 24, 2012

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE